IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

W.S., MOTHER OF F.B., A CHILD,

     Appellant,

 v.

Case No. 5D22-932
LT Case No. 2020-DP-18

DEPARTMENT OF CHILDREN AND FAMILIES,

     Appellee.
_____/
Decision filed August 1, 2022

Appeal from the Circuit Court
for Putnam County,
Alicia R. Washington, Judge.

Tiffany Gatesh Fearing, of Suncoast Legal Group, P.L., Spring
Hill, for Appellant.

Stephanie C. Zimmerman, Deputy Director and Statewide
Director of Appeals, of Children's Legal Services, Bradenton, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Samantha C. Valley, Senior Attorney, Statewide Guardian ad
Litem Office, Tallahassee, and Blake Lynne Bruce, of Defending
Best Interests Project, Alexandria, Virginia, for Guardian ad
Litem.

PER CURIAM.

    AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.